UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | CR423-069 |
| TREAMON DOMINIC LACY, ) | |
| ) | |
| Defendant. ) | |

**REPORT AND RECOMMENDATION**

On December 11, 2023, the District Judge adopted a recommendation finding Defendant Treamon Dominic Lacy incompetent to stand trial. Doc. 23. The Order directed the Attorney General to attempt treatment to restore competency, pursuant to 18 U.S.C. § 4241(d). *Id.* at 2-3. That treatment was provided and the treating physicians have reported Lacy's competency has been successfully restored. *See* doc. 34. The parties have stipulated to the report's conclusions. Doc. 39. Accordingly, the Court **RECOMMENDS** that Lacy be found competent to stand trial pursuant to 18 U.S.C. § 4241.

This Report and Recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy

on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED,** this <u>8th</u> day of October, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA