UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR423-069 |
| | ) | |
| TREAMON DOMINIC LACY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's October 8, 2024, Report and Recommendation, (doc. no. 40), to which no party has filed objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. no. 40), as the opinion of the Court. Therefore, the Court finds that Defendant is **COMPETENT** to stand trial pursuant to 18 U.S.C. § 4241.

**ORDER ENTERED** at Augusta, Georgia, this 1st day of November, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA