**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | CR423-069 |
| | ) | |
| TREAMON LACY | ) | |

ORDER ON MOTION FOR LEAVE OF ABSENCE

**Juanita M. Holsey** having made application to the Court for leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Juanita M. Holsey** be granted leave of absence for the following periods:  July 3, 2026 through July 6, 2026; July 29, 2026 through August 5, 2026; August 28, 2026 through August 29, 2026; September 7, 2026 through September 8, 2026; September 28, 2026 through October 5, 2026; November 5, 2026 through November 7, 2026; November 20, 2026 through November 30, 2026; and December 18, 2026 through January 1, 2027.

**SO ORDERED**, this the 22nd day of June, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA